# Third District Court of Appeal
## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0290
Lower Tribunal No. 16-10474
_____

**Diana Martin,**
Appellant,

vs.

**State Farm Florida Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Giasi Law, P.A. and Melissa A. Giasi and Erin M. Berger (Tampa), for appellant.

Chimpoulis & Hunter, P.A. (Plantation); Russo Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.